UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DARLENE WHALEY, *et al.* ) | |
| ) | Case No.: 3:12-cv-549 |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| DTB OF LOUISVILLE, INC. ) | |
| ) | |
| ) | |
| DEFENDANT ) | |
| ) | |

### JOINT MOTION FOR STAY

The parties, by counsel, jointly move this Court for entry of an order that stays this action until February 1, 2013, or until further order of this Court. The purpose of the stay is to allow the parties to continue their settlement discussion, which began on November 21, 2012, and which is in an effort to resolve this pending litigation between them. Should the parties settle the matter or be unable to settle this matter, they shall notify this Court within seven days of such event. As this is a joint motion, there is no prejudice to any party. Accordingly, they respectfully request that the Court enter the attached proposed order.

Dated: December 6, 2012

Respectfully submitted,

| | |
|---|---|
| /s Edward Zwilling (with permission) | /s Jason Michael Nemes |
| Edward I. Zwilling | Jennifer M. Stinnett |
| SCHWARTZ ROLLER & ZWILLING | Mary E. Eade |
| 600 Vestavia Parkway, Ste. 251 | Jason Michael Nemes |
| Birmingham, Alabama 35216 | FULTZ MADDOX HOVIOUS & DICKENS PLC |
| Telephone: (205) 822-2701 | 101 S. Fifth Street, 27th Floor |
| Facsimile: (205) 822-2702 | Louisville, KY 40241 |
| ezwilling@szalaw.com | jstinnett@fmhd.com |
| | meade@fmhd.com |
| -and- | jnemes@fmhd.com |
| | |
| Jerry N. Higgins | *Counsel for Defendant* |
| Law Office of Jerry N. Higgins, PLLC | |
| 3426 Paoli Pike | |
| Floyd Knobs, IN 47119 | |
| Telephone: (502) 625-3065 | |
| Facsimile: (502) 625-7264 | |
| jnh@jerryhigginslaw.com | |

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a Notice of Electronic Filing to all counsel of record.

/s Jason Michael Nemes
*Counsel for Defendant*