UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DARLENE WHALEY, *et al.* ) | |
| ) | Case No.: 3:12-cv-549-JHM |
| PLAINTIFFS ) | |
| ) | |
| v. ) | |
| ) | |
| DTB OF LOUISVILLE, INC. ) | |
| ) | |
| DEFENDANT ) | |

## ORDER GRANTING JOINT MOTION FOR STAY

The parties, by counsel, have moved this Court for entry of an order staying this action until February 1, 2013, or until further order of this Court so as to allow the parties to pursue settlement discussions. Having reviewed the motion and being otherwise sufficiently advised, the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, this matter shall be held in abeyance until February 1, 2013. It is further **ORDERED** that the parties shall advise this Court within seven days of any settlement reached or any failure to reach a settlement.

Date: _____